Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR07-5058FDB |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO SUPPRESS, AND MOTION TO FILE OVERLENGTH BRIEF |
| v. | ) | |
| PAUL ERIC PRESLEY, | ) | |
| Defendant. | ) | |

It is hereby ORDERED that the Government's unopposed motion to extend the time to respond to Defendant Paul Eric Presley's Motion for Suppression of Evidence (docket number 46), and motion to file an overlength response brief, is GRANTED.

//
//
//

[PROPOSED] ORDER/Extending Government's response time - 1
U.S. v. Presley /CR 07-5058FDB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  The Government's response brief shall be due on June 26, 2007, and the Government
2  may file a brief of up to fifteen pages.
3       IT IS SO ORDERED.
4
5       DATED this 20th day of June, 2007.
6
7
8                                    FRANKLIN D. BURGESS
                                     UNITED STATES DISTRICT JUDGE
9
10 Presented by:
   s/ Michael Dion
11 MICHAEL DION
12 Assistant United States Attorney

[PROPOSED] ORDER/Extending Government's response time - 2
U.S. v. Presley /CR 07-5058FDB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800