Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No.   CR07-5058BHS |
| vs. | ) | ORDER ALLOWING ADDITIONAL TIME TO FILE RESPONSE TO MOTIONS IN LIMINE |
| PAUL PRESLEY, | ) | |
| Defendant. | ) | |

The Court has considered the Defendant's Motion for Extension of Time (Dkt. 100). Defendant's counsel needs additional time to respond, and the Government has no objection to an extension. Dkt. 100 at 3.

IT IS THEREFORE ORDERED that Defendant has until November 21, 2007, to file his response.

IT IS FURTHER ORDERED that the Motions in Limine (Dkts. 49, 52) are renoted for consideration on November 27, 2007.

DATED this 7th day of November 2007.

_____
BENJAMIN H. SETTLE
United States District Judge