Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | NO. CR07-5058BHS |
| | ) | |
| vs. | ) | ORDER GRANTING PAUL PRESLEY'S |
| | ) | MOTION TO CONTINUE SENTENCING |
| | ) | DATE AND RELATED DEADLINES |
| PAUL PRESLEY | ) | |
| Defendant | ) | |

THE COURT having reviewed defendant Paul Presley's motion to continue sentencing date for approximately two months, and presentence deadlines and any responses to the motion finds that said continuances are reasonable and necessary for the purpose of defendant obtaining funding for and scheduling the required psychosexual evaluation.

//

//

Order Granting Defendant Paul Presley's Motion to Continue Sentencing and Related deadlines- 1

**Law Office of**
**Mark S. Lee**
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
(206) 292-5032

ACCORDINGLY IT IS HEREBY ORDERED THAT:

The sentencing date in the above matter is continued to September 15, 2008 at 1:30 p.m. in E Courtroom before Judge Benjamin H. Settle.

DATED this 23rd day of May 2008.

                                                                         /s/ Benjamin H. Settle
                                                                         BENJAMIN H. SETTLE
                                                                         United States District Judge

Presented by:
s/Mark S. Lee
WSBA 18085
Attorney for defendant Paul Presley
1001 Fourth Avenue
Suite 3200
Seattle WA 98154
Telephone : (206) 292-5032
Fax: (206) 652-0725
E-mail : LMS3@qwest.net

Order Granting Defendant Paul Presley's Motion to Continue Sentencing and Related deadlines- 2

**Law Office of**
**Mark S. Lee**
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
(206) 292-5032