Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL PRESLEY. <br><br> Defendant, | NO. CR07-5058 BHS <br><br> ORDER ON DEFENDANT'S MOTION TO SEAL |

The Court hereby grants defense motion to seal the following documents

1) Defense sentencing memorandum (excluding attached letters) filed on 11/10/08 at 10:26 PM PST under seal entitled "*sentence memo and exhibit a and letters*" by Paul Eric Presley.

//
//
//
//
//
//

ORDER on Defense motion to seal - 1

Law Office of
**Mark S. Lee**
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
(206) 292-5032

2) Separately filed sentencing exhibit B filed on 11/10/08 at 10:30 PM PST as a sealed document entitled "*sentencing exhibit B*" by Paul Eric Presley.

DATED this 18th day of November 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/Mark S. Lee
WSBA 18085
Attorney for defendant Paul Presley
1001 Fourth Avenue
Suite 3200
Seattle WA 98154
Telephone : (206) 292-5032
Fax: (206) 652-0725
E-mail : LMS3@qwest.net

ORDER on Defense motion to seal - 2

Law Office of
**Mark S. Lee**
1001 Fourth Avenue
Suite 3200
Seattle, Washington 98154
(206) 292-5032