UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PAUL ERIC PRESLEY, Defendant. | CASE NO. CR07-5058BHS ORDER DENYING DEFENDANT'S MOTION |

This matter comes before the Court on Defendant Paul Eric Presley's ("Presley") motion for discovery. Dkt. 205.

Whenever a party has appeared by an attorney, the party cannot thereafter appear or act in his own behalf in the case until after the party request by motion to proceed on his own behalf. Local General Rule 2(g)(1). Presley is still represented by an attorney.

Therefore, the Court denies Presley's motion without prejudice as improperly presented. The Clerk is directed to forward a copy of Presley's motion and this order to Presley's attorney of record.

**IT IS SO ORDERED**

Dated this 29th day of June, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1